B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Connecticut | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Peter Indorf, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Peter Indorf Jewelers** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**06-1004994** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**703 Boston Post Road<br>Madison, CT**<br>ZIP Code **06443** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Haven** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1)(4/10)** Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Peter Indorf, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Peter Indorf, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Peter L. Ressler**
Signature of Attorney for Debtor(s)

**Peter L. Ressler**
Printed Name of Attorney for Debtor(s)

**Groob, Ressler & Mulqueen, PC**
Firm Name

**123 York Street, Suite B**
**New Haven, CT 06511**

_____
Address

**203-777-5741  Fax: 203-777-4206**
Telephone Number

**August 25, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Peter Indorf**
Signature of Authorized Individual

**Peter Indorf**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 25, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re    **Peter Indorf, Inc.**
_____
Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Advanta Bank Corp**<br>**POB 8088**<br>**Philadelphia, PA 19101-8088** | **Advanta Bank Corp**<br>**POB 8088**<br>**Philadelphia, PA 19101-8088** | | | **32,565.00** |
| **American Express**<br>**PON 1270**<br>**Newark, NJ 07101-1270** | **American Express**<br>**PON 1270**<br>**Newark, NJ 07101-1270** | | | **16,258.00** |
| **American Express**<br>**POB 1270**<br>**Newark, NJ 07101-1270** | **American Express**<br>**POB 1270**<br>**Newark, NJ 07101-1270** | | | **13,143.00** |
| **Bank of America**<br>**POB 15710**<br>**Wilmington, DE 19886** | **Bank of America**<br>**POB 15710**<br>**Wilmington, DE 19886** | | | **18,840.00** |
| **Bank of America NA**<br>**POB 660576**<br>**Dallas, TX 75266** | **Bank of America NA**<br>**POB 660576**<br>**Dallas, TX 75266** | | | **100,000.00** |
| **Chase**<br>**POB 9001022**<br>**Louisville, KY 40290** | **Chase**<br>**POB 9001022**<br>**Louisville, KY 40290** | | | **38,037.00** |
| **Chase**<br>**POB 15153**<br>**Wilmington, DE 19886** | **Chase**<br>**POB 15153**<br>**Wilmington, DE 19886** | | | **29,607.00** |
| **Chase**<br>**POB 15153**<br>**Wilmington, DE 19886** | **Chase**<br>**POB 15153**<br>**Wilmington, DE 19886** | | | **20,487.00** |
| **CIT Small Buisness Lending**<br>**POB 277820**<br>**Atlanta, GA 30384** | **CIT Small Buisness Lending**<br>**POB 277820**<br>**Atlanta, GA 30384** | | | **396,437.00**<br><br>**(0.00 secured)** |
| **David Connolly,Inc**<br>**38 Bee Brook Road**<br>**Washington Depot, CT 06794** | **David Connolly,Inc**<br>**38 Bee Brook Road**<br>**Washington Depot, CT 06794** | | | **17,039.00** |
| **First Class Trading**<br>**63 Flushing Ave.unit 299**<br>**Brooklyn, NY 11205** | **First Class Trading**<br>**63 Flushing Ave.unit 299**<br>**Brooklyn, NY 11205** | | | **8,341.00** |
| **Frank Martoloni & Sons**<br>**415 Madison Avenue**<br>**New York, NY 10036** | **Frank Martoloni & Sons**<br>**415 Madison Avenue**<br>**New York, NY 10036** | | | **13,627.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Peter Indorf, Inc.**  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **GemsOne**<br>**25 W.45th Street**<br>**New York, NY 10036** | **GemsOne**<br>**25 W.45th Street**<br>**New York, NY 10036** | | | **20,100.00** |
| **Mark Robinson,Inc**<br>**18 East 48th Street**<br>**New York, NY 10017** | **Mark Robinson,Inc**<br>**18 East 48th Street**<br>**New York, NY 10017** | | | **11,780.00** |
| **Peter Indorf** | **Peter Indorf** | **Officer Loan** | | **19,143.00** |
| **RDI Trading**<br>**5580 LBJ Freeway Ste 525**<br>**Dallas, TX 75240** | **RDI Trading**<br>**5580 LBJ Freeway Ste 525**<br>**Dallas, TX 75240** | | | **9,376.00** |
| **Simon Golub & Sons,Inc**<br>**PO BOx34936**<br>**Seattle, WA 98124** | **Simon Golub & Sons,Inc**<br>**PO BOx34936**<br>**Seattle, WA 98124** | | | **25,209.00** |
| **Wachovia Bank NA**<br>**Coomercial Loan Services**<br>**POB 740502**<br>**Atlanta, GA 30374** | **Wachovia Bank NA**<br>**Coomercial Loan Services**<br>**POB 740502**<br>**Atlanta, GA 30374** | | | **100,000.00** |
| **Wells Fargo Business Line**<br>**POB 6426**<br>**Carol Stream, IL 60197** | **Wells Fargo Business Line**<br>**POB 6426**<br>**Carol Stream, IL 60197** | | | **60,953.00** |
| **Wells Fargo Card Services**<br>**POB 6412**<br>**Carol Stream, IL 60197** | **Wells Fargo Card Services**<br>**POB 6412**<br>**Carol Stream, IL 60197** | | | **22,774.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 25, 2010**  Signature  **/s/ Peter Indorf**

**Peter Indorf**

**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                                 Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re    **Peter Indorf, Inc.**                                    ,    Case No. _____
                                    Debtor

                                                Chapter                    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 271,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 396,437.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 705,591.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 271,500.00 | | |
| Total Liabilities | | | | 1,102,028.12 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **Peter Indorf, Inc.** _____,   Case No. _____

Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Peter Indorf, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Peter Indorf, Inc.**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Location: 703 Boston Post Road, Madison CT 06443** | - | 300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia Checking Accounts (3)** | - | 30,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Rent Deposits** | - | 8,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    38,300.00
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Peter Indorf, Inc.**                                        ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Location: 703 Boston Post Road, Madison CT 06443** | - | 12,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **12,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Peter Indorf, Inc.**                                          ,           Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patent on ring design** | - | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Location: 703 Boston Post Road, Madison CT 06443** | - | **20,100.00** |
| | | **Location: 703 Boston Post Road, Madison CT 06443** | - | **600.00** |
| | | **Camera and Lightbox** | | |
| | | **Location: 703 Boston Post Road, Madison CT 06443** **2 color copiers** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Location: 703 Boston Post Road, Madison CT 06443** | - | **200,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 221,200.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 271,500.00 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Peter Indorf, Inc.** _____,    Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Peter Indorf, Inc.**                                                           Case No. _____
                                          _____,
                                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **9101** <br><br> **CIT Small Buisness Lending POB 277820 Atlanta, GA 30384** | | | - | UCC1 <br><br><br> Value $           **0.00** | | | | **396,437.00** | **396,437.00** |
| Account No. <br><br> **Pinnacle Buisness Finance 5407 12th Street E Suite A Tacoma, WA 98424** | | | - | UCC1 <br><br><br> Value $           **0.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **US Bancorp Funding Services 1450 Channel Parkway Marshall, MN 56258** | | | - | UCC1 <br><br><br> Value $           **0.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Yale University 433 Temple Street New Haven, CT 06511** | | | - | UCC1 <br><br><br> Value $           **0.00** | | | | **Unknown** | **Unknown** |

___**0**___ continuation sheets attached

|  | Subtotal (Total of this page) | **396,437.00** | **396,437.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **396,437.00** | **396,437.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re __Peter Indorf, Inc._____,    Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Peter Indorf, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br> **Chapel  Marketing Fund** <br> **c/o Pallman & Company** <br> **677 State Street** <br> **New Haven, CT 06511** | - | | | | | | | | 113.00 |
| Account No. <br><br> **Advanced Alarm Security System** <br> **528 Washington Avenue** <br> **North Haven, CT 06473** | | | | | | | | | 1,240.00 |
| Account No. **0013** <br><br> **Advanta Bank Corp** <br> **POB 8088** <br> **Philadelphia, PA 19101-8088** | - | | | | | | | | 32,565.00 |
| Account No. **x1001** <br><br> **American Express** <br> **PON 1270** <br> **Newark, NJ 07101-1270** | - | | | | | | | | 16,258.00 |

| | | |
|---|---|---|
| __17__ continuation sheets attached | Subtotal (Total of this page) | 50,176.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:29456-100726    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Indorf, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1003** <br><br> **American Express** <br> **POB 1270** <br> **Newark, NJ 07101-1270** | - | | | | | | 13,143.00 |
| Account No. <br><br> **American Gem Society** <br> **8881 West Shara Ave** <br> **Las Vegas, NV 89117** | - | | | | | | 1,304.00 |
| Account No. **4833** <br><br> **AT & T** <br> **P.O. Box 8110** <br> **Aurora, IL 60507** | - | | | | | | 358.00 |
| Account No. **5700** <br><br> **AT & T** <br> **P.O. Box 8212** <br> **Aurora, IL 60572-8212** | - | | | | | | 310.00 |
| Account No. **1994** <br><br> **Bank of America** <br> **POB 15019** <br> **Wilmington, DE 19886** | - | | | | | | 4,938.00 |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **20,053.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Indorf, Inc.** _____,    Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3871**<br><br>**Bank of America**<br>**POB 15710**<br>**Wilmington, DE 19886** | | - | | | | | | 18,840.00 |
| Account No. **9540**<br><br>**Bank of America**<br>**POB 15710**<br>**Wilmington, DE 19886** | | - | | | | | | 6,377.00 |
| Account No. **9707**<br><br>**Bank of America**<br>**POB 15710**<br>**Wilmington, DE 19886** | | - | | | | | | 5,947.00 |
| Account No. **7809**<br><br>**Bank of America NA**<br>**POB 660576**<br>**Dallas, TX 75266** | | - | | | | | | 100,000.00 |
| Account No.<br><br>**Belair Time Corp.**<br>**1995 Swarthmore Ave**<br>**Lakewood Indus Park**<br>**Lakewood, NJ 08701** | | - | | | | | | 1,676.00 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **132,840.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Peter Indorf, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Bufkor, Inc.** **13101 56th Court, Suite 815** **Clearwater, FL 33760** | - | | | | | | | 1,367.00 |
| Account No. | | | | | | | | |
| **Byard F. Brogan, Inc.** **124 S Keswick Ave** **POB 369** **Glenside, PA 19038** | - | | | | | | | 4,669.00 |
| Account No. | | | | | | | | |
| **C L & P** **P.O. Box 2960** **Hartford, CT 06104** | - | | | | | | | 564.00 |
| Account No. | | | | | | | | |
| **Campus Yellow Pages** **POB 270071** **West Hartford, CT 06127** | - | | | | | | | 300.00 |
| Account No. **2927** | | | | | | | | |
| **Chase** **POB 9001022** **Louisville, KY 40290** | - | | | | | | | 38,037.00 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    44,937.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Indorf, Inc.**                                    ,    Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5478** <br><br> **Chase** <br> **POB 15153** <br> **Wilmington, DE 19886** | | - | | | | | 20,487.00 |
| Account No. **9194** <br><br> **Chase** <br> **POB 15153** <br> **Wilmington, DE 19886** | | - | | | | | 29,607.00 |
| Account No. <br><br> **Clasp Connection Inc** <br> **64 West 48th Street** <br> **New York, NY 10036** | | - | | | | | 13.00 |
| Account No. <br><br> **Companion Trading Co. Inc** <br> **PO Box 580002** <br> **Flushing, NY 11358** | | - | | | | | 1,001.00 |
| Account No. <br><br> **Connecticut Magazine** <br> **38 Nutmeg Drive** <br> **Trumbull, CT 06611** | | - | | | | | 1,669.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **52,777.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Indorf, Inc.** _____ ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Crystal Rock** <br> **1050 Buckingham Street** <br> **Watertown, CT 06795** | - | | | | | | 111.00 |
| Account No. <br><br> **David Connolly,Inc** <br> **38 Bee Brook Road** <br> **Washington Depot, CT 06794** | - | | | | | | 17,039.00 |
| Account No. <br><br> **Digital Tech. Connection** <br> **182 Quinninpac Street** <br> **Wallingford, CT 06492** | - | | | | | | 2,163.00 |
| Account No. **9572** <br><br> **Discover Business Card** <br> **POB 6103** <br> **Carol Stream, IL 60197** | - | | | | | | 4,550.00 |
| Account No. <br><br> **Downeast Trading** <br> **PO Box 349** <br> **Middlebury, VT 05753** | - | | | | | | 1,245.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **25,108.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Indorf, Inc.** _____ ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ed Levin Jewelry 52 W.Main Street Cambridge, NY 12816 | - | | | | | | | 1,038.00 |
| Account No. | | | | | | | | |
| Edge Retail Academy 1983 Oliver Springs Street Henderson, NV 89052 | - | | | | | | | 5,170.00 |
| Account No. | | | | | | | | |
| Elodie 3 Acorn Street Providence, RI 02903 | - | | | | | | | 2,520.00 |
| Account No. | | | | | | | | |
| First Class Trading 63 Flushing Ave.unit 299 Brooklyn, NY 11205 | - | | | | | | | 8,341.00 |
| Account No. | | | | | | | | |
| Frank Martoloni & Sons 415 Madison Avenue New York, NY 10036 | - | | | | | | | 13,627.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,696.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Indorf, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GemsOne 25 W.45th Street New York, NY 10036 | - | | | | | | | 20,100.00 |
| Account No. | | | | | | | | |
| Hawkeye Comm.,Inc. 399 Sackett Point Rd. North Haven, CT 06473 | - | | | | | | | 410.00 |
| Account No. | | | | | | | | |
| Hoover & Strong 10700 Trade Road Richmond, VA 23236 | - | | | | | | | 2,740.00 |
| Account No. | | | | | | | | |
| Ink Publishing 107 Hemlock Valley Road East Haddam, CT 06423 | - | | | | | | | 800.00 |
| Account No. | | | | | | | | |
| Jabel/Joecly Inc PO Box 528 Washington Depot, CT 06794 | - | | | | | | | 6,828.00 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          30,878.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Indorf, Inc.**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jaguar Jewelry Casting 48 West 48th Street Ste 500 New York, NY 10036 | | - | | | | | 2,282.00 |
| Account No. | | | | | | | |
| Jewlelers Vigilance Committe 25 West 45th Street ste 1406 New York, NY 10036 | | - | | | | | 360.00 |
| Account No. | | | | | | | |
| Kirks Parking 255 Crown Street New Haven, CT 06511 | | - | | | | | 224.00 |
| Account No. | | | | | | | |
| Larter & Sons 10 Industrial Drive South Amboy, NJ 08879 | | - | | | | | 1,169.00 |
| Account No. | | | | | | | |
| Lieberfarb 48 South Day Street Palisades Park, NJ 07650 | | - | | | | | 2,394.00 |

Sheet no.  **8**  of  **17**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,429.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Indorf, Inc.**                                             ,        Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **M.Pearl**<br>**PO Box 353 N.**<br>**North Kingstown, RI 02852** | | - | | | | | 40.00 |
| Account No. <br><br> **Madison Chamber of Commerce**<br>**PO Box 706**<br>**Madison, CT 06443** | | - | | | | | 175.00 |
| Account No. <br><br> **Mark Robinson,Inc**<br>**18 East 48th Street**<br>**New York, NY 10017** | | - | | | | | 11,780.00 |
| Account No. <br><br> **Martin Flyer**<br>**48 West 48th Street**<br>**New York, NY 10036** | | - | | | | | 620.00 |
| Account No. <br><br> **Martin Flyer**<br>**48 West 48th Street**<br>**New York, NY 10036** | | - | | | | | 7,936.00 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **20,551.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Indorf, Inc.** _____ ,  Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Mason Kay Inc.** 2305 E.Arapahoe Ste 115 Littleton, CO 80122 | | - | | | | | 472.00 |
| Account No. **Mr.Baguette LTD** 535 Fifth Avenue New York, NY 10017 | | - | | | | | 2,023.00 |
| Account No. **Muzak** PO Box 71070 Charlotte, NC 28272 | | - | | | | | 48.00 |
| Account No. **Muzak** 4768 Collections Center Drive Chicago, IL 60693 | | - | | | | | 58.00 |
| Account No. **New Haven Register** P.O. Box 8626 New Haven, CT 06531 | | - | | | | | 825.00 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,426.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Indorf, Inc.**                                    ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| New Mass Media,Inc 285 Broad Street Hartford, CT 06115 | | - | | | | | 2,257.00 |
| Account No. | | | | | | | |
| Otto Frei PO Box 796 Oakland, CA 94604 | | - | | | | | 11.47 |
| Account No. | | | | | | | |
| Paul D.Indorf 3 Syphar Road Chester, CT 06412 | | - | | | | | 563.00 |
| Account No. | | | | | | | |
| Paul Lantuch Design PO Box 3383 New Haven, CT 06515 | | - | | | | | 185.00 |
| Account No. | | | Officer Loan | | | | |
| Peter Indorf | | - | | | | | 6,818.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,834.47**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Indorf, Inc.**                                                     ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Officer Loan** | | | | |
| **Peter Indorf** | - | | | | | | |
| | | | | | | | **19,143.00** |
| Account No. | | | | | | | |
| **Precious Trade Inc.** **36 W.44th Street 13 fl.** **New York, NY 10036** | - | | | | | | |
| | | | | | | | **3,110.00** |
| Account No. | | | | | | | |
| **R.Findings** **106 Despatch Drive #1** **East Rochester, NY 14445** | - | | | | | | |
| | | | | | | | **18.00** |
| Account No. | | | | | | | |
| **R.Gems Inc.** **48 West Street Ste.300** **New York, NY 10036** | - | | | | | | |
| | | | | | | | **1,129.00** |
| Account No. **8260** | | | | | | | |
| **RBS** **POB 42010** **Providence, RI 02940** | - | | | | | | |
| | | | | | | | **4,667.00** |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,067.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter Indorf, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RDI Trading** <br> **5580 LBJ Freeway Ste 525** <br> **Dallas, TX 75240** | | - | | | | | 9,376.00 |
| Account No. <br><br> **Rembrandt Charms** <br> **370 S.Youngs Road** <br> **Buffalo, NY 14221** | | - | | | | | 312.00 |
| Account No. <br><br> **SCG** <br> **P.O. Box 9231** <br> **Chelsea, MA** | | - | | | | | 13.00 |
| Account No. <br><br> **Select Client Services** <br> **20 Manorwood Drive** <br> **Branford, CT 06405** | | - | | | | | 1,862.00 |
| Account No. <br><br> **Shore Publishing** <br> **PO Box 1010** <br> **Madison, CT 06443** | | - | | | | | 3,719.00 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,282.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter Indorf, Inc.**                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Simon Golub & Sons,Inc PO BOx34936 Seattle, WA 98124 | | | | | | | | 25,209.00 |
| Account No. | | - | | | | | | |
| Stuller PO Box 87777 Lafayette, LA 70508 | | | | | | | | 7,655.00 |
| Account No. | | - | | | | | | |
| Techform 5558-D SE Portland, OR 97222 | | | | | | | | 3,558.00 |
| Account No. | | - | | | | | | |
| The Day Publishing Co. 47 Eugene O'Neil Drive New London, CT 06320 | | | | | | | | 13.86 |
| Account No. | | - | | | | | | |
| The Greater NH Chamber of Comm 900 Chapel Street 9th Fl. New Haven, CT 06510 | | | | | | | | 730.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)                    37,165.86

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Peter Indorf, Inc.** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| The Luminox Watch Company 2301 Kerner Blvd. Ste A San Rafael, CA 94901 | - | | | | | | | 886.00 |
| Account No. | | | | | | | | |
| The Touch 27 Spring Street Waltham, MA 02451 | - | | | | | | | 5,427.00 |
| Account No. | | | | | | | | |
| Thistle & Bee 99 Park Avenue New York, NY 10018 | - | | | | | | | 4,663.00 |
| Account No. | | | | | | | | |
| United Illuminating Attn: Mercy Perez P.O. Box 1564 New Haven, CT 06506 | - | | | | | | | 617.00 |
| Account No. xxxxxxxxx09 #26 | | | | | | | | |
| Wachovia Bank NA Coomercial Loan Services POB 740502 Atlanta, GA 30374 | - | | | | | | | 100,000.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          111,593.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter Indorf, Inc.**                                          ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7334** <br><br> **Wells Fargo Business Line** <br> **POB 6426** <br> **Carol Stream, IL 60197** | - | | | | | | 60,953.00 |
| Account No. **4149** <br><br> **Wells Fargo Card Services** <br> **POB 6412** <br> **Carol Stream, IL 60197** | - | | | | | | 22,774.00 |
| Account No. <br><br> **Whitehouse Brothers** <br> **4393 Creek Road** <br> **Cincinnati, OH 45241** | - | | | | | | 966.00 |
| Account No. <br><br> **Yale University** <br> **c/o Elm Campus Partners** <br> **PO Box 40807** <br> **Hartford, CT 06150** | - | | | | | | 84.79 |
| Account No. <br><br> **Yale University** <br> **P.O. Box 2052** <br> **New Haven, CT 06521** | - | | | | | | 450.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     85,227.79

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter Indorf, Inc.**                                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Zangari Hershman PC** **59 Elm Street ste 400** **New Haven, CT 06510** | | - | | | | | 550.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 550.00 |
| | Total (Report on Summary of Schedules) | 705,591.12 |

B6G (Official Form 6G) (12/07)

.

In re **Peter Indorf, Inc.**                                              , Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Manifest Funding Services**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** | **Lynco-Edge** |
| **Muzak**<br>**3318 Lakemont Blvd**<br>**Fort Mill, SC 29708** | |
| **Pinnacle Buisness Finance**<br>**789 South Federal Highway, 207**<br>**Stuart, FL 34994** | |
| **Rotor Associates** | **Lease Madison location**<br><br>**Expires June 30, 2011** |
| **Yale University** | **Lease New Haven location**<br><br>**Expires June 30, 2011** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Peter Indorf, Inc.**                                                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Peter Indorf, Inc.**                                                                 Case No. _____

                                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | | 0.00 | $ | 0.00 |
| | | | | |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Peter Indorf, Inc.** _____   Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | | $ | 0.00 |
| b. Water and sewer | | | $ | 0.00 |
| c. Telephone | | | $ | 0.00 |
| d. Other _____ | | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 0.00 |
| 4. Food | | | $ | 0.00 |
| 5. Clothing | | | $ | 0.00 |
| 6. Laundry and dry cleaning | | | $ | 0.00 |
| 7. Medical and dental expenses | | | $ | 0.00 |
| 8. Transportation (not including car payments) | | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 0.00 |
| 10. Charitable contributions | | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 0.00 |
| b. Life | | | $ | 0.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 0.00 |
| e. Other _____ | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify) _____ | | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 0.00 |
| b. Other _____ | | | $ | 0.00 |
| c. Other _____ | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other _____ | | | $ | 0.00 |
| Other _____ | | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. | Average monthly expenses from Line 18 above | $ | 0.00 |
| c. | Monthly net income (a. minus b.) | $ | 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  **Peter Indorf, Inc.** _____  Case No. _____

Debtor(s)  Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 25, 2010** _____    Signature    **/s/ Peter Indorf** _____

**Peter Indorf**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Connecticut

In re  **Peter Indorf, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **25,000.00** |
| Prior to the filing of this statement I have received | $ **25,000.00** |
| Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **August 25, 2010**

**/s/ Peter L. Ressler**
**Peter L. Ressler**
**Groob, Ressler & Mulqueen, PC**
**123 York Street, Suite B**
**New Haven, CT 06511**
**203-777-5741  Fax: 203-777-4206**

---

# United States Bankruptcy Court
## District of Connecticut

In re   **Peter Indorf, Inc.**                                                                          ,        Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**August 25, 2010**_____        Signature _**/s/ Peter Indorf**_____

**Peter Indorf**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Connecticut

In re   **Peter Indorf, Inc.**
                                        Debtor(s)

Case No.
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 25, 2010**

/s/ Peter Indorf
**Peter Indorf**/**President**
Signer/Title

Chapel  Marketing Fund
c/o Pallman & Company
677 State Street
New Haven, CT 06511


Advanced Alarm Security System
528 Washington Avenue
North Haven, CT 06473


Advanta Bank Corp
POB 8088
Philadelphia, PA 19101-8088


American Express
PON 1270
Newark, NJ 07101-1270


American Express
POB 1270
Newark, NJ 07101-1270


American Gem Society
8881 West Shara Ave
Las Vegas, NV 89117


AT & T
P.O. Box 8110
Aurora, IL 60507


AT & T
P.O. Box 8212
Aurora, IL 60572-8212


Bank of America
POB 15019
Wilmington, DE 19886


Bank of America
POB 15710
Wilmington, DE 19886

Bank of America
POB 15710
Wilmington, DE 19886


Bank of America
POB 15710
Wilmington, DE 19886


Bank of America NA
POB 660576
Dallas, TX 75266


Belair Time Corp.
1995 Swarthmore Ave
Lakewood Indus Park
Lakewood, NJ 08701


Bufkor, Inc.
13101 56th Court, Suite 815
Clearwater, FL 33760


Byard F. Brogan, Inc.
124 S Keswick Ave
POB 369
Glenside, PA 19038


C L & P
P.O. Box 2960
Hartford, CT 06104


Campus Yellow Pages
POB 270071
West Hartford, CT 06127


Chase
POB 9001022
Louisville, KY 40290


Chase
POB 15153
Wilmington, DE 19886

Chase
POB 15153
Wilmington, DE 19886


CIT Small Buisness Lending
POB 277820
Atlanta, GA 30384


Clasp Connection Inc
64 West 48th Street
New York, NY 10036


Companion Trading Co. Inc
PO Box 580002
Flushing, NY 11358


Connecticut Magazine
38 Nutmeg Drive
Trumbull, CT 06611


Crystal Rock
1050 Buckingham Street
Watertown, CT 06795


David Connolly,Inc
38 Bee Brook Road
Washington Depot, CT 06794


Digital Tech. Connection
182 Quinninpac Street
Wallingford, CT 06492


Discover Business Card
POB 6103
Carol Stream, IL 60197


Downeast Trading
PO Box 349
Middlebury, VT 05753

Ed Levin Jewelry
52 W.Main Street
Cambridge, NY 12816

Edge Retail Academy
1983 Oliver Springs Street
Henderson, NV 89052

Elodie
3 Acorn Street
Providence, RI 02903

First Class Trading
63 Flushing Ave.unit 299
Brooklyn, NY 11205

Frank Martoloni & Sons
415 Madison Avenue
New York, NY 10036

GemsOne
25 W.45th Street
New York, NY 10036

Hawkeye Comm.,Inc.
399 Sackett Point Rd.
North Haven, CT 06473

Hoover & Strong
10700 Trade Road
Richmond, VA 23236

Ink Publishing
107 Hemlock Valley Road
East Haddam, CT 06423

Jabel/Joecly Inc
PO Box 528
Washington Depot, CT 06794

Jaguar Jewelry Casting
48 West 48th Street Ste 500
New York, NY 10036


Jewlelers Vigilance Committe
25 West 45th Street ste 1406
New York, NY 10036


Kirks Parking
255 Crown Street
New Haven, CT 06511


Larter & Sons
10 Industrial Drive
South Amboy, NJ 08879


Lieberfarb
48 South Day Street
Palisades Park, NJ 07650


M.Pearl
PO Box 353 N.
North Kingstown, RI 02852


Madison Chamber of Commerce
PO Box 706
Madison, CT 06443


Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258


Mark Robinson,Inc
18 East 48th Street
New York, NY 10017


Martin Flyer
48 West 48th Street
New York, NY 10036

Martin Flyer
48 West 48th Street
New York, NY 10036


Mason Kay Inc.
2305 E.Arapahoe Ste 115
Littleton, CO 80122


Mr.Baguette LTD
535 Fifth Avenue
New York, NY 10017


Muzak
PO Box 71070
Charlotte, NC 28272


Muzak
4768 Collections Center Drive
Chicago, IL 60693


Muzak
3318 Lakemont Blvd
Fort Mill, SC 29708


New Haven Register
P.O. Box 8626
New Haven, CT 06531


New Mass Media,Inc
285 Broad Street
Hartford, CT 06115


Otto Frei
PO Box 796
Oakland, CA 94604


Paul D.Indorf
3 Syphar Road
Chester, CT 06412

Paul Lantuch Design
PO Box 3383
New Haven, CT 06515


Peter Indorf



Peter Indorf



Pinnacle Buisness Finance
5407 12th Street E Suite A
Tacoma, WA 98424


Pinnacle Buisness Finance
789 South Federal Highway, 207
Stuart, FL 34994


Precious Trade Inc.
36 W.44th Street 13 fl.
New York, NY 10036


R.Findings
106 Despatch Drive #1
East Rochester, NY 14445


R.Gems Inc.
48 West Street Ste.300
New York, NY 10036


RBS
POB 42010
Providence, RI 02940


RDI Trading
5580 LBJ Freeway Ste 525
Dallas, TX 75240

Rembrandt Charms
370 S.Youngs Road
Buffalo, NY 14221


Rotor Associates



SCG
P.O. Box 9231
Chelsea, MA


Select Client Services
20 Manorwood Drive
Branford, CT 06405


Shore Publishing
PO Box 1010
Madison, CT 06443


Simon Golub & Sons,Inc
PO BOx34936
Seattle, WA 98124


Stuller
PO Box 87777
Lafayette, LA 70508


Techform
5558-D SE
Portland, OR 97222


The Day Publishing Co.
47 Eugene O'Neil Drive
New London, CT 06320


The Greater NH Chamber of Comm
900 Chapel Street 9th Fl.
New Haven, CT 06510

The Luminox Watch Company
2301 Kerner Blvd. Ste A
San Rafael, CA 94901


The Touch
27 Spring Street
Waltham, MA 02451


Thistle & Bee
99 Park Avenue
New York, NY 10018


United Illuminating
Attn: Mercy Perez
P.O. Box 1564
New Haven, CT 06506


US Bancorp Funding Services
1450 Channel Parkway
Marshall, MN 56258


Wachovia Bank NA
Coomercial Loan Services
POB 740502
Atlanta, GA 30374


Wells Fargo Business Line
POB 6426
Carol Stream, IL 60197


Wells Fargo Card Services
POB 6412
Carol Stream, IL 60197


Whitehouse Brothers
4393 Creek Road
Cincinnati, OH 45241


Yale University
c/o Elm Campus Partners
PO Box 40807
Hartford, CT 06150

```
Yale University
P.O. Box 2052
New Haven, CT 06521


Yale University
433 Temple Street
New Haven, CT 06511


Yale University


Zangari Hershman PC
59 Elm Street ste 400
New Haven, CT 06510
```

# United States Bankruptcy Court
## District of Connecticut

In re  **Peter Indorf, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Peter Indorf, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 25, 2010**

Date

**/s/ Peter L. Ressler**

**Peter L. Ressler**

Signature of Attorney or Litigant

Counsel for __Peter Indorf, Inc.__

**Groob, Ressler & Mulqueen, PC**

**123 York Street, Suite B**
**New Haven, CT 06511**
**203-777-5741 Fax:203-777-4206**